UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff/Respondent,

vs.

Case No. 10-CR-20513

HON. GEORGE CARAM STEEH

JOHNNY BAKER,

    Defendant/Petitioner.

_____/

ORDER GRANTING PETITIONER'S MOTION TO
ENLARGE TIME TO FILE FOR RECONSIDERATION (DOC. # 43)

Defendant Baker has requested additional time to file a motion for reconsideration of this court's April 16, 2013 order denying in part his motion under 28 U.S.C. § 2255 to vacate, set aside, or correct sentence. Baker states he received his copy of the court order on April 22, 2013, and requests a 21 day enlargement of the time permitted to file his motion, citing Fed. R. Civ. P. 59, which permits filing of motions to alter or amend a judgment "no later than 28 days after entry of the judgment." Fed. R. Civ. P. 59(e). Although no judgment has been entered in this matter, and the intended motion may not be subject to the time limitations cited, Baker's request for an extension of time is hereby **GRANTED**.

    **IT IS SO ORDERED**.

Dated: May 3, 2013

                                        s/George Caram Steeh
                                        GEORGE CARAM STEEH
                                        UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on May 3, 2013, by electronic and/or ordinary mail and also on Johnny Baker #44897-039, Atwater United States Penitentiary, Inmate Mail/Parcels, P. O. Box 019001, Atwater, CA 95301.

s/Barbara Radke
Deputy Clerk